JWS/USAO#2016R00656

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 FEB 16 PM 4: 57

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal no. MJG-17-092 |
| KYLE MUELLER, | * | (Transportation of Explosive Materials with Intent to Injure/Damage/Destroy, 18 U.S.C. § 844(d); Malicious Use of Explosive Materials, 18 U.S.C. § 844(i); Using, Carrying, and Discharging a Destructive Device in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(B)(ii); Possession of Unregistered Firearm (Destructive Device), 26 U.S.C. §§ 5841, 5861(d), 5871; Forfeiture, 18 U.S.C. § 844(c), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c)) |
| Defendant. | * | |

...oOo...

## INDICTMENT

## COUNT ONE

(Transportation of Explosive Materials with Intent to Injure/Damage/Destroy)

The Grand Jury for the District of Maryland charges:

In or about July 2016, through August 3, 2016, in the District of Maryland, the defendant,

**KYLE MUELLER,**

knowingly transported and received in interstate commerce, explosive materials, as defined in Title 18, United States Code, Section 841, to wit: gunpowder and fuzes used in a destructive device (pipe bomb), with knowledge and intent that the said explosive materials would be used to intimidate a person (a public safety officer of the Thurmont Police Department), and unlawfully damage and destroy a vehicle (a marked Thurmont Police Department vehicle), and other real and

personal property.

18 U.S.C. § 844(d)

## COUNT TWO

### (Malicious Use of Explosive Materials)

The Grand Jury for the District of Maryland further charges:

On or about August 3, 2016, in the District of Maryland, the defendant,

### KYLE MUELLER,

maliciously and intentionally damaged and destroyed, and attempted to damage and destroy, by means of an explosive, a vehicle used in interstate commerce or in any activity affecting interstate commerce, to wit: a marked Thurmont Police Department vehicle.

18 U.S.C. § 844(i)

## COUNT THREE

**(Using, Carrying, and Discharging a Destructive Device in Relation to a Crime of Violence)**

The Grand Jury for the District of Maryland further charges:

On or about August 3, 2016, in the District of Maryland, the defendant,

### KYLE MUELLER,

did knowingly and intentionally use, carry, and discharge a destructive device, to wit: an explosive destructive device commonly referred to as a pipe bomb, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Malicious Use of Explosive Materials, as set forth in Count Two of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)(1)(B)(ii)

## **COUNT FOUR**

**(Possession of Unregistered Firearm (Destructive Device))**

The Grand Jury for the District of Maryland further charges:

On or about August 3, 2016, in the District of Maryland, the defendant,

**KYLE MUELLER,**

did knowingly possess a firearm as defined in Title 26, United States Code, Section 5845(a)(8), specifically, a destructive device (pipe bomb), which was not registered to him in the National Firearms Registration and Transfer Record.

26 U.S.C. §§ 5841, 5861(d), and 5871

## FORFEITURE

As a result of the offenses set forth in this Indictment,

**KYLE MUELLER,**

the defendant herein, shall forfeit to the United States the firearm (destructive device) and all seized explosive materials identified in the Indictment and involved in the offenses.

18 U.S.C. § 844(c);
26 U.S.C. § 5872;
28 U.S.C. § 2461(c)

_____ /jws
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**

_____     2/16/17
FOREPERSON                          DATE